IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABDULLAH G. HUBBARD, ROBERT SAUNDERS, MEL MCALLISTER, NORMAN INGRAM, JAMES WILSON, DAVID T. SCOTT, MICHAEL BARDLEY, DAMON GIBSON, BRYON WARNER,<br><br>Plaintiffs,<br><br>v.<br><br>COMMISSIONER CARL DANBERG, DEPUTY COMMISSIONER THOMAS CARROLL, ACTING WARDEN BETTY BURRIS, RON HOLSTERMAN, DIRECTOR OF PROGRAMS, MIKE LITTLE, LEGAL ADMINISTRATOR, CAPTAIN MICHAEL MCCRAMER, LT. MICHAEL TRADER, SUPERVISOR LEE LEPORE, SUPERVISOR JIM MASSIE, SUPERVISOR TERRY YODER, SUPERVISOR ED BOWERS, SUPERVISOR DAN ATHERHOLT, and SGT. MARVIN CRESEY,<br><br>Defendants. | 0 7 - 7 4 5<br>CIVIL ACTION NO._____<br><br>JURY TRIAL DEMANDED |



FILED
NOV 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

### I. JURISDICTION

1. Jurisdiction is premised upon 28 U.S.C. 1331, 28 U.S.C. 1334, Title 42 U.S.C. 1981, 42 U.S.C. 1985, 1986, present claims for violation of the First, Eighth and Fourteenth Amendments of the U.S. Constitution pursuant to 42 U.S.C. 1983.

### II. PARTIES

2. Plaintiff Abdullah G. Hubbard is an adult individual confined at Delawae Correctional Cener, 1181 Paddock Road, Smyrna, DE 19977.

3. Robert Saunders, is an adult individual confined at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

4.            is an adult indivdual confined at Delaware

Correctional Center, 1181 Paddock Road, Smyrna, De 19977.

5. Mel McCallister is an adult individual confined at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

6. Norman Ingram, is an adult individual confined at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

7. James Wilson is an adult individual confined at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

8. David T. Scott is an adult individual confined at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

9. Michael Bardley is an adult individual confined at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977

10. Damon Gibson, is an adult individual confined at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977

11. Bryon Warner is an adult individual confined at Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

12. Defendant Carl Danberg is Commissioner of the Delaware Department of Corrections. ("DOC") As such, he is the legal custodian of all prisoners sentenced by the courts of Delaware, and is responsible for the safe, secure, and human housing of those prisoners. At all time relevant hereto, he has acted under color of state law. Defendant Danberg is sued in his official capacity.

13. Defendant Thomas Carroll is Deputy Commissioner of the Delaware Department of Corrections ("DOC") As such, he is the legal custodian of all prisoners sentenced by the courts of Delaware, and is responsible for the safe, secure, and human housing of those prisoners. At all time relevant hereto, he has acted under color of state law. Defendant Carrol is sued in his official capacity.

14. Defendant Betty Burris is Acting Warden Delaware Correctional Center ("DCC"). As such, she is the legal custodian of prisoners sentenced by the courts of Delaware, and is responsible of the safe, secure, and human housing of those prisoners. At all time relevant hereto, she acted under color of state law. Defendant Burris is sued in her official capacity.

15. Defendant Ron Holsterman is Director of Programs at Delaware Correctional Center ("DCC"). As such, he is legally responsible for programs at Delaware Correctional Center. At all time relevant hereto, he has acted under color of state law. Defendant Holsterman is sued in his official capacity.

16. Defendant Mike Little is Legal Administrator at Delaware Correctional Center ("DCC"). As such, he is responsible for law liberties at Delaware Correctional Center. Al all time relevant hereto, he acted under color of state law. Defendant Little is sued in his official capacity.

17. Defendant Michael McCramer is Grievance Chairman at Delaware Correctional Center. At all tiime relevant hereto, he has acted under color of state law. Defendant McCramer is sued in his official capacity.

18. Defendant Michael Trader is person who participated in the violations described here. Defendant Trader is sued in his official capactiy.

19. Defendant Lee Lepore is Supervisor of the Laundry at Delaware Correctional Center is a person who participated in the violations described herein. Defendant Lepore is sued in his official capacity.

20. Defendant Jim Massie, is Supervisor, Motor Pool at Delaware Correctional Center is a person who participated in the violations

described herein. Defendant Massie is sued in his official capacity.

21. Defendant Terry Yoder is Supervisor of Maintenance at Delaware Correctional Center is a person who participated in the violations described herein. Defendant Yoder is sued in his official capacity.

22. Defendant Ed Bowers is Supervisor T-3 Industry at Delaware Correctional Center is a person who participated in the violations described herein. Defendant Bower is sued in his official capacity.

23. Defendant Dan Atherholt is Supervisor of Concrete Design Systems at Delaware Correctional Center is a person who participated in the violations described herein. Defendant Atherholt is sued in his official capacity.

24. Defendant Marvin Cresey is employed as Sergeant at Delaware Correctional Center is a person who participated in the violations described herein. Defendant Cresey is sued in his official capacity.

### III. FACTUAL BACKGROUND

25. At all times relevant to this action, all defendants maintained and official but unwritten policy and practice of racial discrimination in job assignments at Delaware Correctional Center. The forms of racism executed are Institutional, Overt and Cohort. Defendants housing inmates in poorly venltilated area, extremely hot during summer months, buildings (C,D, and W not airconditioned) There has been numerous grievances and letters filed with defendants addressing the racial, ventilation, poor air quality and discrmination against inmates with handicaps. Inmates who utilize wheelchairs, cains and crutches required to wait in rain and other severe weather to goto dinning hall, education building, visiting area and commissary. Often

plaintiff's that are wheelchair bound becomes sick due waiting outside in negative weather, waiting various gates to be open. Plaintiff's charged too received medical services relateed to illness acquired as result waiting in negative weather. The aforemention caused by defendants negative actions.

26. Defendant's Danberg, Carroll, Burris, Holsterman, Trader and McCramer learning "NAACP Prison Chapter 2032", addressing improper spending from inmate commissary account by administration, illegal increases in commissary prices, lack bidding for commissary products, racial discrimination in disciplinary proceedings dealing with black inmates housed in S-Building were defendant Trader was building sergeant. The addressing inmate employment discrimination, overall racism at Delaware Correctional Center, the office was abruptly closed. The aforemention office open over nine (9) years, there wasn't 404 Incident Report written as result of rule infraction, becasue there wasn't any infractions. Informed by Defendant Holsterman, revert back to using pens, would no longer have access to typewriter, computer, or printer. The aforemention not done too Social Concerns Committee (Catholic Inmate Organization).

Defendant McCramer - Grievance Chairman, refuse's permit any grievances concerning racial issues be heard, he makes decision, group grievances cannot be heard. Inspite it states clearly procedure for hearing "universal grievances". Grievances in some cases lay dormant up to yeear, in attempt discourage inmates/defendants from proceeding with same. The Delaware Center for Justice terminated outside review contract in 2006, all reviews conducted by Department of Corrections, in violation of department's grievance procedures.

## INMATE EMPLOYMENT ISSUES

27. By policy and practice defendants subject plaintiffs with different hiring standards then those imposed on caucasian prisoners. The aforemention applys too inmate organization, were membership majority black. Inmate organization such as Social Concerns Committee, sponsored by Catholic Church permitted have outside support group participate within institution unsupervised, prior termination of "NAACP Support Group", only could meet if their were security available. Defendants subject and continue subject plaintiffs to condistion that are arbitarily different and irrationally more severe then imposed on caucasian prisoners.

Defendants Danberg, Carroll, Burris, and Holsterman in conjunction with departmental supervisors: Lepore - Laundry; Massie - Motor Pool; Yoder - Maintenance; Bowers - T-3 Industry; and Atherholt - Concrete Design Systems and Little - Law Library. Permit and encourage institutional, overt and cohert racism to exist in hiring policy and practices at Delaware Correctional Center. Black inmates classified too various jobs in aforemention departments. Not hired as result of caucasian prisoners recommending to aforemention supervisors which caucasian prisoner too hire.

There is two incidents were caucasian prisoners, one assigned law library, other maintenance released from prison. Returned with new charge or violations, reinstated in previouse employment. There are area's were black prisoners (Supply Department - Laundry and Property Room) not assigned. There is another area, which houses defendant Carroll and Burris, when dark skinned inmates not assigned.

## INMATE BREAKDOWN

| Motor Pool | Laundry - Supply | Law Library | Property Room |
|---|---|---|---|
| 15 - Caucasian | 5 - Caucasian | 5 - Caucasian | 2 - Caucasian |
| 3 - Black | 0 - Black | 1 - Black | 0 - Black |
| 1 - Hispanic | 0 - Hispanic | 0 - Hispanic | 0 - Hispanic |

| Clothing Factory | Prison Industry T-3 | Concrete Design System |
|---|---|---|
| 25 - Hispanic | 40 - Caucasian | 2 Caucasian - Serving Life Life Sentence |
| 2 - Black | 6 - Black | 0 - Black serving same type sentence |
| 2 - Caucasian | 1 - Hispanic | 0 - Hispanic serving same type sentence |

### MAINTENANCE

20 - Caucasian
7 - Black
1 - Hispanic

It is comon knowledge, <u>all</u> highest paying prisoner jobs goto caucasian prisoners.

28. Defendant Cresey assigned area were inmates required report for visits, and interviews. Defendant has implimented different procedures for searching black/hispanic versus caucasian prisoners. Often, caucasian prisoners not searched. Should black or hispanic prisoner say something defendant Cresey dislikes, their visit cancelled. The aforemention individual utilized word "nigger" in various conversations with staff and inmates. Has stated openly black prisoners dislike white people. On one occassion made racial comment too Correctional Officer Townsend, concerning black desire for chicken and gold. This individual has constantly disrespected black visitors, entered visiting room, stating it's time for you people too go, and on many occassions refered to black women as girls.

### GROUNDS FOR INJUNCTIVE RELIEF

1.  The aforesaid condistion resulting from defendants policies and practices are known to the defendants their agents, and their employees, these conditions have been allowed to continue, without appropriate and effective efforts being made to bring about their elimination or correction, in a manner that would provide timely relief for the plaintiff and other situated.

2.  The aforesaid official practice and resultant conditions are allowed to continue and are imposed by defendants acting under color of law of the State of Delaware.

3.  Plaintiff are suffering and will continue to suffer immediate, substantial and irreparable injury unless injunction relief is issued.

4.  Retain jurisdiction of this action until the Court is satisfied that polices and practices complained of herein have been eliminated and that adequate safeguards have been taken to prevent their reappearence in the future.

5.  Reinstate NAACP Prison Chapter 2032 office, equipment and members of outside support group attendance to meetings and forums.

Impliment policy protecting handicapped defendants being required wait outside in negative weather. Going to chow, visits, education/ vocational and medical appointments.

6.  Plaintiffs provided necessary winter clothing, rather they work or not.

### PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray that this court enter judgment on their behalf and provide the following relief:

1. Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, that this action be maintained as class action and counsel appointed to protect rights of all black prisoners possible members of the class;

2. Enter an order prohibiting defendants from engaging in policies and practice, in discriminating in the hiring of black prisoners at the Delaware Correctional Center;

3. Defendants develop sensitivity program for correctional staff, address dealing with minority prisoners;

4. Aware nominal, compensatory and punitive damages to plaintiffs for physical and emotional harms, suffered by plaintiffs as result of having been confined under unlawful and unconstitutional conditions described herein due to defendant's deliverate and callous indifference; and

5. Order such other relief as this Court deems just, proper and equitable.

Respectfully submitted,

_James W Jon 163663_
JAMES WILSON, SBI#

_Abdullah 151192_
ABDULLAH G. HUBBARD, SBI#

_David T. Scott 112325_
DAVID T. SCOTT, SBI#

_Robert Saunders 032390_
ROBERT SAUNDERS, SBI#

_Michael Bartley_
MICHAEL BARTLEY, SBI#

_Damon Gibson_
DAMON GIBSON, SBI #

_Mel McAllister 180852_
MEL MCCALLISTER, SBI#

_Bryon Warner 294089_
BRYON WARNER, SBI#

_Norman Ingram 263838_
NORMAN INGRAM, SBI #

