# National Association for the Advancement of Colored People

### NAACP Prison Branch 2032
### Delaware Correctional Center
### 1181 Paddock Road
### Smyrna, Delaware 19977

November 16, 2007





**EXECUTIVE BOARD**

Abdullah G. Hubbard,
President

Mel McAllister,
1st Vice-President

Vacant,
2nd Vice-President

David A. Spielberg,
Secretary

Rodney Wynkoop,
Treasurer

David Scott,
Sergeant-At-Arms


**BOARD CHAIRMEN**

Dawud Muhammad,
Health Committee

Gerald Collins,
Religious Committee,

Robert Saunders,
Legal Redress Committee

Michael Bartley
Education Committee

John Christopher,
Prisoner Support Committee

Tim Simon,
Communications Committee

Leonard Conyers,
Special Events Committee

Gibson Hall,
Political Action Committee

Jerome Winfield,
Membership Committee

Kevin Hill
Youth Committee


**ADVISORY BOARD**

Rev. Mary Wood,
Chairperson

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building        07-745
844 N. King Street
Wilmington, DE   19801

Dear Sir or Madam:

    I am requesting be advised of civil action number, under seperate cover will forward check for filing fee.

    Enclosed fourteen (14) copies of complaint.

Sincerely,

Robert Saunders, 052590

RS:rs
xc:  Abdullah G. Hubbard, President



FILED
NOV 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE