Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
November 27, 2007

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

07-745 (GMS)

Re: Hubbard, Saunders, McAllister, Ingram, Bartley, Wilson, Scott, Gibson and Warner,

                Plaintiffs

v.                     C.A. No. _____

Danberg, Carroll, Burris, Holsterman, Little, McCramer, Trader, Lepore, Massie, Yoder, Bowers, Atherholt, and Cressey,

                Defendants

[FILED NOV 30 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

BD scanned

Dear Sir or Madam:

    Please advised civil action number assigned, in order we may pay filing fee. The aforementioned mailed to this office over eight (8) days ago.

Clerk of the Court
November 27, 2007
Page 2 of 2

The attention of this office, to aforementioned appreciated.

Sincerely,

Robert Saunders, 052590

I/M Robert Saunders
SBI# 052598  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 NOV 2007 PM 3 L

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801