CA 07-745 GMS

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

FILED
MAR -3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: Damon Gibson   SBI#: 169602

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: February 25, 2008

Attached are copies of your inmate account statement for the months of August 1, 2007 to January 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | 27.60 |
| Sept | 4.68 |
| Oct | 15.52 |
| Nov | 19.17 |
| Dec | 22.44 |
| Jan | 45.67 |

Average daily balances/6 months: 21.68

Attachments
CC: File

Stacy Shane
2/25/08

2/25/08

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __78.49__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __(15.80)__

I further certify that during the past six months the applicant's average monthly balance was $ __21.68__

and the average monthly deposits were $ __86.00__

__2/25/08__
Date

__Stacy Shane__
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-DCC

FEB 25 2008

SUPPORT SERVICES MANAGER

IM Damon V. Gibson
SBI# 169602 UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 FEB 2008 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570