07-745 GMS

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Michael Bartley_ SBI#: _236372_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _February 25, 2008_

FILED
MAR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _August 1, 2007_ to _January 31, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | .87 |
| Sept | .75 |
| Oct | 6.59 |
| Nov | 8.13 |
| Dec | 3.27 |
| Jan | 9.48 |

Average daily balances/6 months: _4.89_

Attachments
CC: File

_Stacy Shane_
2/25/08

_[signature]_
2/25/08

Date Printed: 2/25/2008

# Individual Statement
## From August 2007 to December 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $2.31 |
|---|---|---|---|---|---|---|---|
| 00236372 | Bartley | Michael | | | | Ending Month Balance: | $1.31 |
| Current Location: | D/E | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/1/2007 | ($1.44) | $0.00 | $0.00 | $0.87 | 464917 | | | |
| Supplies-MailPosta | 9/13/2007 | $0.00 | $0.00 | ($1.65) | $0.87 | 486415 | | | |
| Supplies-MailPosta | 9/27/2007 | $0.00 | $0.00 | ($1.65) | $0.87 | 491499 | | 9/18/07 | |
| Supplies-MailPosta | 9/27/2007 | ($0.87) | $0.00 | ($0.78) | $0.00 | 492272 | | 9/18/07 | |
| Mail | 10/18/2007 | $25.00 | $0.00 | $0.00 | $25.00 | 501858 | 11475204996 | 9/18/07 | KEVIN FAISON |
| Supplies-MailPosta | 10/19/2007 | ($0.78) | $0.00 | $0.00 | $24.22 | 503129 | | | |
| Supplies-MailPosta | 10/19/2007 | ($1.65) | $0.00 | $0.00 | $22.57 | 503152 | | 9/5/07 | |
| Canteen | 10/24/2007 | ($13.08) | $0.00 | $0.00 | $9.49 | 504683 | | | |
| Canteen | 10/31/2007 | ($9.49) | $0.00 | $0.00 | $0.00 | 507251 | | | |
| Misc Wage | 11/1/2007 | $11.16 | $0.00 | $0.00 | $11.16 | 508046 | | FS 9/24-10/23/07 | |
| Mail | 11/6/2007 | $20.00 | $0.00 | $0.00 | $31.16 | 510561 | 08746014632 | | G BARTLY |
| Canteen | 11/7/2007 | ($10.86) | $0.00 | $0.00 | $20.30 | 510596 | | | |
| Canteen | 11/14/2007 | ($16.46) | $0.00 | $0.00 | $3.84 | 513783 | | | |
| Canteen | 11/20/2007 | ($3.17) | $0.00 | $0.00 | $0.67 | 515894 | | | |
| Medical | 11/20/2007 | $0.00 | ($6.00) | $0.00 | $0.67 | 516430 | | 10/20/07 | |
| Medical | 11/21/2007 | ($0.67) | ($5.33) | $0.00 | $0.00 | 517387 | | 10/20/07 | |
| Misc Wage | 12/3/2007 | $17.28 | $0.00 | $0.00 | $17.28 | 521606 | | FS 10/24-11/23/07 | |
| Canteen | 12/5/2007 | ($11.63) | $0.00 | $0.00 | $5.65 | 523468 | | | |
| Medical | 12/6/2007 | ($5.33) | $0.00 | $0.00 | $0.32 | 524767 | | 10/20/07 | D BARTLY |
| Visit | 12/17/2007 | $20.00 | $0.00 | $0.00 | $20.32 | 528332 | 9252009412-07113 | | |
| Canteen | 12/19/2007 | ($19.01) | $0.00 | $0.00 | $1.31 | 529693 | | | |

| | Ending Month Balance: | $1.31 |
|---|---|---|

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

# Individual Statement
## From January 2008 to January 2008

Date Printed: 2/25/2008

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00236372 | Bartley | Michael | | |

Current Location: D/E

Comments:

Beginning Month Balance: $1.31
Ending Month Balance: $0.21

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/2/2008 | $33.48 | $0.00 | $0.00 | $34.79 | 534420 | | | |
| Canteen | 1/2/2008 | ($34.36) | $0.00 | $0.00 | $0.43 | 535972 | | | |
| Mail | 1/22/2008 | $35.00 | $0.00 | $0.00 | $35.43 | 544994 | 0676191006 | | P JONES |
| Canteen | 1/30/2008 | ($35.22) | $0.00 | $0.00 | $0.21 | 548839 | | FOOD SERVICE 1 1/2 | |

Ending Month Balance: $0.21

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00



IM Michael Bartley
SBI# 236372    UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware
19801-3570