1181 Paddock Road - DCC
Smyrna, DE  19977
March 11, 2008


Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal building
844 N. King Street
Wilmington, DE  19801

      Re: Hubbard et al vs. Danberg et al
          C.A. No. 1:07-cv-00745-GMS
          Filing Fee

Dear Sir or Madam:

    Requesting total received toward, outstanding $100.00 balance.

    As result not being aware of change in filing fee, we sent $250.00 instead of $350.00. We are attempting promply address the outstanding balance.

Sincerely,

*[signature]*

Shamsidin Ali, 052590
a/k/a/ Robert Saunders
SA:sa

Shamsidin Ali
I/M a/k/a Robert Saunders
SBI# 052590    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 MAR 2008 PM 1 L

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801