1181 Paddock Road - DCC
Smyrna, DE 19977
March 2, 2008

FILED
MAR 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The Honorable Gregory Sleet
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Hubbard, et al vs Danberg, et al
Civil Action No. 1:07-cv-745 (GMS)
Filing Fee

Dear Judge Sleet:

Request letter treated as motion for enlargement of time. The outstanding $100.00 will be paid by March 21, 2008.

A number of inmates making $10.00 donations, have to wait for business office process payment. The checks being made payable to Clerk of the Court. Not being aware filing fee increase, total not paid from outset.

Sincerely,
Shamordid Ali, 052490
A/K/A Robert Saunders