OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 14, 2008

TO:

**Robert Saunders**
SBI #52590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Request for Account Statement**
          **CA 07-745 GMS**

Dear Mr. Saunders:

    This is in response to your letter received 3/13/08 requesting a filing fee payment account sheet in the above case. Please find a copy of the account sheet which lists all filing fee payments received to date.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rwc

                                        PETER T. DALLEO
                                        CLERK

cc:  The Honorable Gregory M. Sleet
enc: Account Sheet