Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
March 28, 2008


Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    RE:  HUBBARD et al. v. DANBERG, et al.
         C.A.07-745-GMS
         Filing Fee

Dear Sir or Madam:

    Please advise outstanding balance in reference to above-entitled.

    Thank you for your time and consideration.

Sincerely,

*Robert Saunders*
Robert Saunders, 052590

RS:rs


FILED
MAR 31 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Robert Saunders
SBI# 052590    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
J. Caleb Federal Building
844 N. King Street
Wilmington, DE
19801