OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 1, 2008

TO:

**Robert Saunders**
SBI #52590
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    *RE:*    Letter Request for Payment History, CA 06-264 GMS

Dear Mr. Saunders:

    We are in receipt of your letter dated 3/28/08 requesting a detailed listing of all payments made to date in subject cases. Please note that payment receipts are mailed to the individual making the payment, as well as to the account custodian at the institution where he or she is incarcerated. Per your request, a summary of payments received and posted to date is enclosed.

    We believe that this letter addresses your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Encl:

Account Summary

/re

Sincerely,

PETER T. DALLEO
CLERK

cc:    The Honorable Gregory M. Sleet
        All Plaintiffs