Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977
April 11, 2008



The Honorable Gregory Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

    Re:   Hubbard et al. v. Danberg et al.
           Civil Action No. 1:07-cv-745 (GMS)
           Filing Fee

Dear Judge Sleet:

    Would like to advise the court, total filing fee has been paid.

Sincerely,

Robert Saunders, 052590

RS:rs



FILED
APR 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I/M  Robert Saunders

SBI# 052590       UNIT S-1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977



The Honorable Gergory Sleet
United States District Court
J. Caleb Boggs Federal Building

844 N. King Street

Wilmington, DE

                            19801