IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
JUN 2 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Abdullah Hubbard, et al., :
:
      Plaintiffs, :
:
v. : Civil Action No. 1:07-745 (GMS)
:
Commissioner Carl Danbert, et. al.:
:
      Defendants. :

### MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to Title 28 U.S.C. 1915(e)(1) plaintiff's move for an order appointing ocunsel to represent thime in this action. In support of this motion, plaintiff's state:

1. The issues involved in this case are complex, and will require significant research and investigation which the plaintiff's unable too conduct.

2. Delaware law halt plaintiff's from accessing records which are germane to this litigation.

3. Defendant's refuse to permit plaintiff's meet to address legal issues concerning this litigation.

4. One defendant (Abdullah Hubbard) housed in protective custody, which prevents meeting with him, nor able to communicate with him.

5. A trial in this case will likely involve conflicting testimony, and counsel would better able  present evidence and cross examine witnesses.

6. Plaintiff's have made repeated efforts to obtain pro bono counsel, and representation from various agencies without success.

   WHEREFORE, plaintiff's request that the Court appoint counsel.

DATED:   June 16, 2008

*[signature: Shamsidin Ali]*
Shamsidin Ali, 052590
a/k/a/ Robert Saunders
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

