James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE  19977
August 9, 2008



Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

Re:  Hubbard, et al., v. Danberg, et al.
     Civil Action No. 07-745-GMS

Dear Sir or Madam:

We are requesting this office, acknowledge receipt of 14 U.S. Marshal Forms, and 14 copies of Amended Complaint.

Thank you for assistance.

Sincerely,

Robert Saunders, 052590

RS:rs



I/M Robert Saunders
SBI# 052590    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
08 AUG 2008 PM 4 L

Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801