To: Clerk of The Court
U.S. District Court of Del.
844 King Street
Wilmington, Dela. 19801

Re: Damon Gibson v. Carl Danberg, et al.,
    C.A. No. 07-745-GMS

Dear Clerk,

   Enclosed please find the 13 required U.S. Marshal-285 forms, plus 1 Marshal form for service upon the Attorney General of the State of Delaware, as directed by the July 31, 2008 Court Service Order. (D.I. 17).

   If further action need to be taken by me, please contact me right away at the address below.

                    Thank You!
                    Damon Gibson
                    Vaughn Correctional Center
                    1181 Paddock Road
                    Smyrna, Delaware 19977

Date: August 8, 2008



I/M: Damon Gibson
SBI# 169602   UNIT SHU, Bldg. 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977



Clerk Office
U.S. District Court
844 King Street
Wilmington, Delaware
19801