OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 12, 2008

TO:

Damon Gibson
SBI# 169602
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  UNITED STATES MARSHAL 285 FORMS**
          **CIV. NO. 07cv745 GMS**

Dear Mr. Gibson:

    The Clerk's office is in receipt of your letter dated 8/8/08 enclosing USM 285 forms for all defendants in the above matter. Please be advised that this office previously received all required United States Marshal 285 forms in the above referenced case on 8/6/08.

    Your complaint, along with the United States Marshal 285 forms, were previously forwarded to the United States Marshal for service in accordance with the Court's orders on 8/6/08.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/rwc                                  PETER T. DALLEO
                                      CLERK

cc:  The Honorable Gregory M. Sleet